**DISMISS and Opinion Filed February 7, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01003-CV

### DAVID O' DONNELL, Appellant
### V.
### KATHERINE KNIGHT AND
### HENRY, ODDO, AUSTIN & FLETCHER, P.C., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15181**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellant has filed a motion to dismiss, stating he no longer wishes to pursue this appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211003F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID O'DONNELL, Appellant

No. 05-21-01003-CV  V.

KATHERINE KNIGHT AND
HENRY, ODDO, AUSTIN &
FLETCHER, P.C., Appellees

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-15181.
Opinion delivered by Chief Justice
Burns, Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Katherine Knight and Henry, Oddo, Austin & Fletcher, P.C. recover their costs, if any, of this appeal from appellant David O'Donnell.

Judgment entered February 7, 2022